UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY STRUGGS,<br><br>                                Plaintiff,<br><br>- against -<br><br>WELLS FARGO BANK, N.A., SELECT PORTFOLIO SERVICING, INC., EQUIFAX INFORMATION SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC.<br><br>                                Defendants. | Docket No.: 23-cv-328<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Select Portfolio Servicing, Inc. ("SPS") hereby gives notice of the removal of this action from the Supreme Court of the State of New York, Richmond County, where it is now pending, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Defendant SPS states:

1.     On or about December 19, 2022, Plaintiff filed a complaint in this action styled *Jeffrey Struggs v. Wells Fargo Bank, N.A., Select Portfolio Servicing, Inc., et al.* bearing Index No.: 152303/2022 before the Supreme Court of the State of New York, Richmond County. A copy of the Complaint is annexed hereto as Exhibit A.

2.     Plaintiff has not effectuated service of process upon SPS.

3.     Upon information and belief, Plaintiff has not effectuated service on Equifax Information Services, Inc.

1

4. The Complaint alleges, in sum and substance, that SPS violated the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* SPS denies that it violated the law in any way. Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

5. This Notice of Removal is timely filed within thirty (30) days after SPS first received a copy of the initial pleadings setting forth the claims for relief and existence of federal question jurisdiction.

6. SPS has obtained consent to removal from all defendants served to date. True and correct copies of the defendants' consents are annexed hereto as Exhibit B.

7. A civil cover sheet and the payment of the required filing fee accompany this Notice.

8. Written notice of this Notice of Removal will be filed with the Supreme Court of the State of New York, Richmond County.

**WHEREFORE,** Defendant SPS respectfully requests that this action be removed from the Supreme Court of the State of New York, Richmond County to the United States District Court for the Eastern District of New York.

Dated:   New York, New York
         January 18, 2023

                                    HINSHAW & CULBERTSON LLP
                                    *Attorneys for Defendant,*
                                    Select Portfolio Servicing, Inc.

                              By:   *s/ Ashley R. Newman*
                                    Ashley R. Newman, Esq.
                                    Han Sheng Beh
                                    800 Third Avenue, 13th Floor
                                    New York, New York 10022
                                    Tel: 212-471-6200

To:    Petroff Amshen LLP
       James Tierney, Esq.
       *Attorneys for Plaintiff*
       1795 Coney Island Avenue, 3rd Floor
       Brooklyn, New York 11230
       (718) 336-4200

1057493\312391440.v1

CERTIFICATION OF SERVICE

The foregoing Notice of Removal was served via ECF upon all appearing parties.

                                        */s/ Ashley R. Newman*
                                          Ashley R. Newman