

ATTORNEYS AT LAW

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
**www.hinshawlaw.com**

Ashley R. Newman
Direct: (212) 471-6202

March 20, 2023

**VIA ECF**
The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4B South
Brooklyn, New York 11201

    Re:    Jeffrey Struggs v. Wells Fargo Bank, N.A., et al.,
            Case No. 1:23-cv-328-DG-PK

Dear Judge Gujarati:

This firm represents Defendant Select Portfolio Servicing, Inc. ("Defendant" or "SPS") in the above-referenced action. We write to respectfully request a third 30-day enlargement of time, from March 26, 2023 until April 25, 2023, for SPS to answer or otherwise respond to Plaintiff's Complaint.

The instant enlargement of time is requested so that we may continue settlement discussions with Plaintiff to determine whether this matter can be resolved.

Prior to filing the instant application, the undersigned conferred with James Tierney, Esq., Plaintiff's counsel. Mr. Tierney consented to this request. This is the third request for an extension of the deadline for Defendant to respond to the Complaint.

We thank Your Honor for your consideration of this matter.

            Respectfully Submitted,

            HINSHAW & CULBERTSON LLP

            /s/ Ashley R. Newman
            Ashley R. Newman

cc:    **VIA ECF**
       All Counsel of Record

1057493\312992232.v1