# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-7854
bweinstein@jonesday.com

January 12, 2024

BY ECF & EMAIL

Zachary Kuperman, Esq.
1 Metrotech Center, Ste. 1701
Brooklyn, New York 11201
718-215-5300
zkuperman@abramslaw.com

     Re: *Jeffrey Struggs v. Wells Fargo Bank, N.A., et al.*,
        Case No. 1:23-cv-00328-DG-PK (E.D.N.Y.)
        <u>Experian's Motion to Enforce Settlement Agreement</u>

Dear Mr. Kuperman:

  I represent Defendant Experian Information Solutions, Inc. ("Experian"), and this letter concerns several issues related to Experian's motion to enforce the settlement agreement.  This cover letter is also being filed with the Court.

  The enclosed service papers include (i) the Notice Of Experian's Motion To Enforce Settlement Agreement, (ii) Experian's Memorandum Of Law In Support Of Its Motion To Enforce Settlement Agreement, and (iii) the Declaration Of Brett M. Weinstein In Support Of Experian's Motion To Enforce Settlement Agreement, which attaches Exhibits 1 through 3.

  Magistrate Judge Kuo previously set a briefing schedule for Experian's motion in the Docket Order of November 7, 2023.  The deadline for Experian's motion is today, January 12, 2024.  The deadline for Plaintiff's response, if any, is February 9, 2024.  The deadline for Experian's reply is February 23, 2024.

  Experian's motion is being filed before District Judge Diane Gujarati, who may or may not decide to refer this motion to Magistrate Judge Kuo, to whom a separate motion to enforce was referred in Plaintiff's other lawsuit against Experian.  Under Judge Gujarati's Rule III.B.4, the parties are required to bundle their motion papers.  Judge Gujarati directs that only this cover letter should be filed initially.  Experian will file all motion papers once the motion is fully briefed.

  Experian also requests that Plaintiff consent to waive confidentiality, if any, of settlement

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

January 12, 2024
Page 2

communications between himself and Experian related to the September 19, 2023 mediation. I previously emailed Mr. Struggs concerning this request on January 5 and 8, 2024, prior to your appearance today as his counsel, but I have not heard back from him. The communications are relevant to the motion, and Experian believes they need not be filed under seal. However, if necessary, Experian will file a motion to seal when the briefs are filed on the Court docket at the end of the briefing schedule. I would appreciate a response, and I am available to discuss with you.

Respectfully submitted,

*/s/ Brett M. Weinstein*

Brett M. Weinstein

cc: All counsel of record (by ECF and email)