# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-7854
bweinstein@jonesday.com

February 21, 2024

<u>VIA ECF</u>

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Struggs v. Wells Fargo Bank, N.A., et al.*, Case No. 1:23-cv-00328-DG-PK
            <u>Request for Extension of Time on Experian's Motion to Enforce</u>

Dear Judge Kuo:

      Defendant Experian Information Solutions, Inc. ("Experian") requests, with consent of Plaintiff, an enlargement of the remaining briefing deadlines associated with Experian's Motion to Enforce Settlement Agreement (ECF No. 57), which was served in mid-January. Specifically, Experian requests that Plaintiff's response deadline be reset to February 26, 2024, and that Experian's reply deadline be reset to March 11, 2024.

      Experian is making this motion to ensure it does not appear that it missed the bundling rule filing deadline of this Friday, February 23, 2024. Under the current schedule set by Your Honor in a November 2, 2023 Minute Entry and Order, Plaintiff's response deadline was February 9, 2024 and Experian's reply deadline is this coming Friday, February 23, 2024. This Friday is also the deadline to file all briefs pursuant to Judge Gujarati's bundling rule.

      Experian agreed to a request from Plaintiff's counsel for additional time to submit a response to Experian's motion.

      There have been no prior requests for extension, and this request does not affect any other scheduled dates.

                                                          Respectfully submitted,

                                                           */s/ Brett M. Weinstein*

                                                           Brett M. Weinstein

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON