UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY STRUGGS, | |
|       Plaintiff, | Case No. 1:23-cv-00328-DG-PK |
| v. | |
| WELLS FARGO BANK, N.A., SELECT PORTFOLIO SERVICING, INC., EQUIFAX INFORMATION SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC, | |
|       Defendants. | |

**NOTICE OF EXPERIAN INFORMATION SOLUTIONS, INC.'S
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Experian Information Solutions, Inc. ("Experian") will move the Court before the Honorable Diane Gujarati, United States District Court Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an order granting Experian's motion to enforce settlement agreement. Experian's motion is based upon the accompanying Memorandum of Law and Declaration (with exhibits), dated January 12, 2024.

The following briefing schedule was set by the Hon. Peggy Kuo in a Docket Order, dated November 7, 2023: The deadline for Experian's Motion to Enforce Settlement Agreement is January 12, 2024. The deadline for Plaintiff's Response to the Motion is February 9, 2024. The deadline for Experian's Reply is February 23, 2024.

In accordance with Judge Gujarati's Individual Practices Rule III.B.4, Experian will file all moving papers when fully briefed, which is anticipated to be February 23, 2024.

Date:  January 12, 2024  Respectfully submitted,
New York, New York

*/s/ Brett M. Weinstein*
Brett M. Weinstein
JONES DAY
250 Vesey Street
New York, NY 10821
Telephone:  (212) 326-7854
bweinstein@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I, Brett M. Weinstein, a lawyer admitted to practice in this Court, hereby certify that, on January 12, 2024, I caused the foregoing document to be served by email on all counsel of record.

                                                  */s/ Brett M. Weinstein*
                                                  Brett M. Weinstein